## LOGAN CITY v. BUCK.

JUDGMENT REVERSED UPON THE AUTHORITY of *Logan City* v. *Buck* [*ante*, p. 301].

APPEAL from the first district court.

*W. H. Dickson*, for the appellant.

*Sheeks & Rawlins*, for the respondent.

The COURT:

The judgment in this case is reversed upon the authority of *Logan City* v. *Buck* [*ante*, p. 301], a case between the same parties, decided at this term.

## LOGAN CITY v. EDWARDS.

JUDGMENT REVERSED UPON THE AUTHORITY of *Logan City* v. *Buck* [*ante*, p. 301].

APPEAL from the first district court.

*W. H. Dickson*, for the appellant.

*Sheeks & Rawlins*, for the respondent.

The COURT:

The same questions raised on this appeal were decided against the respondent in *Logan City* v. *Buck* [*ante*, p. 301]. Upon the authority of that case, therefore, the judgment in this is reversed.

## LOGAN CITY v. EDWARDS.

JUDGMENT REVERSED UPON THE AUTHORITY of *Logan City* v. *Buck* [*ante*, p. 301].

APPEAL from the first district court.

*W. H. Dickson*, for the appellant.